IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES DAVID LOGAN
ADC # 118770                                                                                          PLAINTIFF

V.                                          5:07CV00252 JMM

ARKANSAS DEPARTMENT OF CORRECTION;
LARRY NORRIS, Director, Arkansas Department of
Correction; LARRY MAY, Deputy Director, Arkansas
Department of Correction; and JOHN MAPLES,
Warden, Grimes Unit, Arkansas Department of Correction         DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young.[1] No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's request for injunctive relief is DENIED;

2. Plaintiff's complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted; and

3. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action be considered frivolous and not in good faith.

DATED this __12__ day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Magistrate Judge Young's Proposed Findings and Recommended Disposition relies in part on the case of *Fegans v. Norris,* case no. 4:03CV00172 (E.D. Ark 2007) which had similar facts to the instant case. The Court of Appeals for the Eighth Circuit affirmed this Court's decision in *Fegans* that the Arkansas Department of Corrections' grooming policy was constitutional and consistent with the Religious Land Use and Institutionalized Persons Act on August 11, 2008. *See Fegans v. Norris*, __ F.3d __, 2008 WL 3266653 (8th Cir. Aug. 11, 2008).